# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID D. WISE, | Civil Action No. 10 – 1677 |
| Plaintiff, | |
| | District Judge Nora Barry Fischer |
| v. | Chief Magistrate Judge Lisa Pupo Lenihan |
| WASHINGTON COUNTY, *et al.*, | |
| Defendants. | |

## MEMORANDUM ORDER

This suit commenced with the receipt of Plaintiff's civil rights complaint on December 15, 2010. (ECF No. 1.) The case was referred to Magistrate Judge Lisa Pupo Lenihan for all pretrial proceedings in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court for Magistrate Judges.

Plaintiff filed an amended complaint (ECF No. 29) on June 30, 2011, and Defendants Goroncy, Kelly, King, Lehr, Loughman, Nixon, Rossi, and Washington County filed a Motion for Partial Judgment on the Pleadings (ECF No. 63) on February 20, 2012. On March 20, 2012, the Magistrate Judge entered a Report and Recommendation (ECF No. 74) recommending that Defendants' motion be denied in part and granted in part. Plaintiff was advised that he had until April 6, 2012, to file written objections to the Report and Recommendation. As of the date of this order, no objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered.

1

AND NOW, this 11th day of April, 2012,

**IT IS HEREBY ORDERED** that Defendants' Motion for Partial Judgment on the Pleadings (ECF No. 63) be denied in part and granted in part. Defendants' motion is granted as it relates to Plaintiff's claim for punitive damages against Washington County and against the individual Defendants in their official capacities. The motion is denied as it relates to Plaintiff's claim for punitive damages against the individual Defendants in their personal capacities. It is also granted as it relates to the equal protection claim and any alleged conspiracy claim.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated March 20, 2012 (ECF No. 74) is **ADOPTED** as the opinion of the Court.

By the Court:

*Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc: All Counsel of Record
    Via Electronic Mail

2